M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

David Lee Smith
Full name and prison name of
Plaintiff(s)

2008 MAR 19 A 9:36

DRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

v.

Judge Walker
Rebecca R. Peek

CIVIL ACTION NO. 3:08CV190-mht
(To be supplied by Clerk of U.S. District
Court)

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☒  No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☒  NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) David Lee Smith

Defendant(s) John McFarland, Nurse Stewart, Jay Jones, Major Tolbert, Lt. Welch, Lt. Robinson

2. Court (if federal court, name the district; if state court, name the county) In the United States District Court For The Middle District of Alabama

Civil Action

3. Docket number _No. 3:06-CV-00592-WKW-CSC_
4. Name of judge to whom case was assigned _Charles S. Coody_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _Case was dismissed_
6. Approximate date of filing lawsuit _July 3, 2006_
7. Approximate date of disposition _Feb 29, 2008_

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County Detention Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. _Judge Walker_ | _P.O. Box 2407 Opelika, Ala 36801_
2. _Rebecca R. Peek_ | _Same Address_
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _12 month of 2007_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Discrimation_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I AM HIV/AIDS POSITIVE, POOR AND BLACK. I AM HOMELESS AND HAVE 1 SON I CANNOT SUPPORT. I WAS DENIED A HOUSING REQUEST FOR PROPER CARE WITH MY DISEASE. MY DOCTOR HAS SAID THERE IS SOME MENTAL ILLNESS.

GROUND TWO: Cruel and Unusual Punishment.

SUPPORTING FACTS: THE DENIAL THEREBY FORCING ME TO LIVE IN THE STREETS IN MID WINTER, WITH NO TREATMENT FOR MY HIV/AIDS. & LEAVING ME WITH NO CHOICE BUT COMMIT ANOTHER CRIME TO FEED MYSELF AND KEEP WARM CLOTHES ON ME.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

A SETTLEMENT OF AT LEAST $350,000 DOLLARS OR A TIME PAYMENT OF 1 MILLION DOLLARS

*David Lee Smith*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-10-08
(Date)

*David Lee Smith*
Signature of plaintiff(s)

David Lee Smith
Lee County Detention center
P.O. Box 2407
Opelika, Ala 36801



Office of the clerk
United States District court
P.O. Box 711
Montgomery, Ala 36101-0711