IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LEE SMITH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 3:08-CV-190-MHT |
| | ) |
| JUDGE JACOB WALKER, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

This case is before the court on a complaint filed by David Lee Smith ["Smith"], an inmate currently confined at the Lee County Detention Center.[1] The complaint, however, is rambling and specious. Specifically, the plaintiff names a state judge and an officer of the Alabama Board of Pardons and Paroles as defendants but asserts claims regarding denial of "a housing request" submitted while he was a free citizen which Smith alleges "forced me to live in the streets ... with no treatment for my HIV/AIDS leaving me no choice but [to] commit another crime to feed [and clothe] myself...." *Id.* The actions about which Smith complains are not attributable to either named defendant. Accordingly, it is

ORDERED that on or before April 4, 2008 the plaintiff shall file an amended complaint which describes with particular detail how the individuals named as defendants violated his constitutional rights. In responding to this order, the plaintiff must set forth

---

[1] Smith advises he is "HIV/AIDS positive, poor ... black [and] homeless" who suffers from "some mental illness...." *Plaintiff's Complaint - Court Doc. No. 1* at 3

short and plain statements showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. **The plaintiff is advised that this case will proceed only against the claims presented in the amended complaint.**

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 20th day of March, 2007.


      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE