In The District Court of The United States
For The Middle District of Alabama
Eastern Division

RECEIVED
2008 MAR 31  A 10: 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

David Lee Smith, )
  Plaintiff, )
V. ) Civil Action No. 3:08-CV-190-MHT
Judge Jacob Walker, et al., )
  Defendants. )
)
)
)
)

## Motion To The Court

Come now the Plaintiff, David Lee Smith, Pro Se in the above styled case and file this motion to the Court and would state the following to wit:

On March 19, 2008 the Plaintiff file a Complaint on a State Judge and an officer of the Alabama Board of Pardons and Paroles as Defendants.

The Plaintiff ask that this court accept his Mistake in this proceeding and state that he is a Layman to the Law and have to depend on other's to do his Legal work and that he didn't know that his complaint wasn't constitutional, he the plaintiff ask this court to dismiss this case against the Defendants.

The Plaintiff ask this court to please

accept this Motion based upon his Laymen Status.

Respectfully Submitted,
*David Lee Smith*
David Lee Smith (Pro se Plaintiff)
164818

David Lee Smith 164818
Lee County Justice center
P.O. Box 2407
Opelika, Ala 36801



Office of the Clerk
United States District court
P.O. Box 711
Montgomery, Ala 36101-0711