IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LEE SMITH, ) | |
| AIS #164818, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:08-CV-190-MHT |
| ) | [WO] |
| ) | |
| JUDGE JACOB WALKER, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action is before the court on a complaint filed by David Lee Smith ["Smith"], an inmate currently confined at the Lee County Detention Center. In his complaint, Smith names a state judge and an officer of the Alabama Board of Pardons and Paroles as defendants but asserts claims regarding denial of "a housing request" submitted while he was a free citizen which Smith alleges "forced me to live in the streets ... with no treatment for my HIV/AIDS leaving me no choice but [to] commit another crime to feed [and clothe] myself...." *Id*.

Upon initial review of the complaint, the court determined that the actions about which Smith complains are not attributable to either named defendant and, therefore, entered an order requiring Smith to file an amended complaint. *Order of March 20, 2008 - Court Doc. No. 4*. In response to this order, Smith filed a motion to dismiss in which he asserts that filing the complaint was a "mistake" because he "is a layman to the law...." *Plaintiff's Motion to Dismiss - Court Doc. No. 5* at 1. Smith further concedes the lack of constitutional merit to his allegations against the named defendants. *Id*.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that the motion to dismiss filed by the plaintiff be GRANTED and this case be DISMISSED with prejudice.

It is further

ORDERED that **on or before April 22, 2008** the parties may file objections to the Recommendation. Any objection must specifically identify the findings in the Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings in the Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc), adopting as binding precedent all decisions of the former Fifth Circuit issued prior to September 30, 1981.

Done this 9th day of April, 2008.

                                             /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE