IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LEE SMITH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:08cv190-MHT |
| ) | (WO) |
| JUDGE JACOB WALKER and ) | |
| REBECCA R. PEEK, ) | |
| ) | |
|    Defendants. ) | |

## ORDER

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 9, 2008 (Doc. # 6), that the plaintiff's motion to dismiss (Doc. # 5) be granted and that this case be dismissed. After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 6) is adopted; that the plaintiff's motion to dismiss (Doc. # 5) is granted; and that this case is dismissed without prejudice.

An appropriate judgment will be entered.

DONE, this the 30th day of April, 2008.

                                            /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE